United States District Court
Southern District of Texas
**ENTERED**
September 08, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § | |
| | § | Civil Action No. 4:20-cv-2958 |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| DOES 1-5, individually and together d/b/a Universe IPTV; Universe TV; World-Universeiptv.com; Uni-Update.com; and Uni-Web.online, | § | |
| | § | |
| Defendants. | § | |

### [Proposed] Order Granting Plaintiff DISH Network L.L.C.'s Motion for Leave to Conduct Expedited Discovery

Having considered the motion for leave to conduct expedited discovery filed by Plaintiff DISH Network L.L.C. ("DISH"), and good cause appearing, the Court Grants the motion and Orders that:

1. DISH may immediately serve the subpoenas attached as Exhibits 1-13 to the declaration of Stephen M. Ferguson on the relevant third-party service providers to identify Defendants.

2. To the extent additional third parties are identified in the discovery responses that are reasonably likely to have identifying information concerning Defendants, DISH shall be entitled to serve discovery on same for the purpose of identifying Defendants.

It is so Ordered.

Dated: September 8, 2020

_____
United States District Judge