United States District Court
Southern District of Texas
**ENTERED**
November 12, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § | |
| | § | Civil Action No. 4:20-cv-02958 |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| DOES 1-5, individually and together d/b/a Universe IPTV; Universe TV; World-Universeiptv.com; Uni-Update.com; and Uni-Web.online, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO IDENTIFY AND SERVE DEFENDANT DOES

Plantiff's Motion for Extension of Time to Identify and Serve Defendant Does is GRANTED. Plaintiff will have an additional 90 days, or until February 22, 2021, to identify and serve Defendants.

It is so Ordered.

Dated: **November 12, 2020**

Sim Lake
United States District Judge