UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., § § Plaintiff, § § v. § § MOHAMED OMAR, § HOSSAM ABD ELGHANY, and § MOUSTAFA MAATOUK, individually § and together d/b/a Universe IPTV; § Universe TV; World-Universeiptv.com; § Uni-Update.com; and Uni-Web.online, § § Defendants. § | Civil Action No. 4:20-cv-02958 |

**EXHIBIT NO. 1 TO COMPLAINT**

Copyrighted works that aired on the Protected Channels and are registered with the United States Copyright Office:

| Title of Work | Date of First Publication | Protected Channel | Registration Number | Effective Date of Registration |
|---|---|---|---|---|
| MBC fi Osbo'a (2020) (a/k/a/ MBC in a Week), Ep. #38 | June 2, 2020 | MBC1 | PA0002254794 | July 24, 2020 |
| MBC fi Osbo'a (2020) (a/k/a/ MBC in a Week), Ep. #45 | July 10, 2020 | MBC1 | PA0002249932 | July 24, 2020 |
| MBC fi Osbo'a (2020) (a/k/a MBC in a Week), Ep. #50 | July 25, 2020 | MBC1 | PA0002266008 | September 28, 2020 |
| Sabah Al kher ya Arab, Ep. #95 | June 14, 2020 | MBC1 | PA0002254791 | July 24, 2020 |
| Sabah Al kher ya Arab (2020), Ep. #125 | July 26, 2020 | MBC1 | PA0002266013 | September 29, 2020 |

| | | | | |
|---|---|---|---|---|
| Sabah Al kher ya Arab (2020), Ep. #126 | July 27, 2020 | MBC1 | PA0002266016 | September 29, 2020 |
| Al Hekaya Ma' Amr Adib (2020), Ep. #92 | June 15, 2020 | MBC Masr | PA0002254792 | July 23, 2020 |
| Al Hekaya Ma' Amr Adib (2020), Ep. #114 | July 25, 2020 | MBC Masr | PA0002266006 | September 28, 2020 |
| Al Hekaya Ma' Amr Adib (2020), Ep. #115 | July 26, 2020 | MBC Masr | PA0002266007 | September 29, 2020 |
| Yahdoth Fi Masr (2020), Ep. #69 | June 16, 2020 | MBC Masr | PA0002254800 | July 23, 2020 |
| Yahdoth Fi Masr (2020), Ep. #70 | June 17, 2020 | MBC Masr | PA0002254795 | July 23, 2020 |
| Yahdoth Fi Masr (2020), Ep. #87 | July 28, 2020 | MBC Masr | PA0002266024 | September 29, 2020 |
| Yahdoth Fi Masr (2020), Ep. #88 | July 29, 2020 | MBC Masr | PA0002266022 | September 28, 2020 |
| Tasali Ahla Alam (2020), Ep. #104 | July 6, 2020 | MBC Kids / MBC3 | PA0002252710 | July 24, 2020 |
| Tasali Ahla Alam (2020), Ep. #105 | July 7, 2020 | MBC Kids / MBC3 | PA0002254991 | July 24, 2020 |
| Tasali Ahla Alam (2020), Ep. #119 | July 27, 2020 | MBC Kids / MBC3 | PA0002266018 | September 29, 2020 |
| Tasali Ahla Alam (2020), Ep. #120 | July 28, 2020 | MBC Kids / MBC3 | PA0002266021 | September 29, 2020 |
| Aladdin: Naam Toh Suna Hoga, Ep. #275 | September 4, 2019 | SAB | PA0002216084 | September 17, 2019 |
| Aladdin: Naam Toh Suna Hoga, Ep. #295 | October 2, 2019 | SAB | PA0002226635 | October 30, 2019 |
| Aladdin: Naam Toh Suna Hoga, Ep. #340 | December 4, 2019 | SAB | PA0002231802 | December 13, 2019 |

| | | | | |
|---|---|---|---|---|
| Aladdin: Naam Toh Suna Hoga, Ep. #361 | January 2, 2020 | SAB | PA0002236572 | January 28, 2020 |
| Aladdin: Naam Toh Suna Hoga, Ep. #384 | February 4, 2020 | SAB | PA0002240622 | March 2, 2020 |
| Baalveer Returns, Ep. #40 | November 4, 2019 | SAB | PA0002227645 | November 13, 2019 |
| Baalveer Returns, Ep. #62 | December 4, 2019 | SAB | PA0002231805 | December 13, 2019 |
| Baalveer Returns, Ep. #83 | January 2, 2020 | SAB | PA0002236566 | January 28, 2020 |
| Baalveer Returns, Ep. #106 | February 4, 2020 | SAB | PA0002240623 | March 2, 2020 |
| Bhakharwadi, Ep. #149 | September 5, 2019 | SAB | PA0002216083 | September 17, 2019 |
| Bhakharwadi, Ep. #169 | October 3, 2019 | SAB | PA0002227117 | November 11, 2019 |
| Bhakharwadi, Ep. #191 | November 4, 2019 | SAB | PA0002227647 | November 13, 2019 |
| Jijaji Chhat Par Hai, Ep. #436 | September 5, 2019 | SAB | PA0002216121 | September 17, 2019 |
| Jijaji Chhat Par Hai, Ep. #456 | October 3, 2019 | SAB | PA0002226642 | October 30, 2019 |
| Jijaji Chhat Par Hai, Ep. #473 | November 4, 2019 | SAB | PA0002227664 | November 13, 2019 |
| Jijaji Chhat Par Hai, Ep. #495 | December 4, 2019 | SAB | PA0002231809 | December 13, 2019 |
| Jijaji Chhat Par Hai, Ep. #516 | January 2, 2020 | SAB | PA0002236561 | January 28, 2020 |
| Jijaji Chhat Par Hai, Ep. #539 | February 4, 2020 | SAB | PA0002240627 | March 2, 2020 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2811 | September 4, 2019 | SAB | PA0002216112 | September 17, 2019 |

| Taraak Mehta Ka Ooltah Chashmah, Ep. #2832 | October 4, 2019 | SAB | PA0002226661 | October 30, 2019 |
|---|---|---|---|---|
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2854 | November 4, 2019 | SAB | PA0002227666 | November 13, 2019 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2876 | December 4, 2019 | SAB | PA0002231815 | December 13, 2019 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2897 | January 2, 2020 | SAB | PA0002236569 | January 28, 2020 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2920 | February 4, 2020 | SAB | PA0002240632 | March 2, 2020 |
| Tenali Rama, Ep. #565 | September 2, 2019 | SAB | PA0002216126 | September 17, 2019 |
| Tenali Rama, Ep. #588 | October 3, 2019 | SAB | PA0002226663 | October 30, 2019 |
| Tenali Rama, Ep. #610 | November 4, 2019 | SAB | PA0002227667 | November 13, 2019 |
| Tenali Rama, Ep. #632 | December 4, 2019 | SAB | PA0002231817 | December 13, 2019 |
| Tenali Rama, Ep. #652 | January 1, 2020 | SAB | PA0002236507 | January 28, 2019 |
| Tenali Rama, Ep. #678 | February 6, 2020 | SAB | PA0002239762 | March 3, 2020 |