**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C., § § Plaintiff, § § v. § § MOHAMED OMAR, § HOSSAM ABD ELGHANY, and § MOUSTAFA MAATOUK, individually § and together d/b/a Universe IPTV; § Universe TV; World-Universeiptv.com; § Uni-Update.com; and Uni-Web.online, § § Defendants. § | Civil Action No. 4:20-cv-02958 |

**EXHIBIT NO. 2 TO COMPLAINT**

Examples of copyrighted works that aired on the Protected Channels and do not have registrations with the United States Copyright Office:

| Title of Work | Protected Channel |
|---|---|
| Aaj Tak News | Aaj Tak |
| El Hayah el Yom | Al Hayah 1 |
| Film Clip | ART Cima |
| Badnaam | ARY Digital |
| Balaa | ARY Digital |
| Bubbly Kya Chahti Hai | ARY Digital |
| Bulbulay | ARY Digital |
| Chadni Begum | ARY Digital |
| Do Biwiyan Aik Bechara | ARY Digital |
| Ghar Jamai | ARY Digital |
| Good Morning Pakistan | ARY Digital |
| Jeeto Pakistan | ARY Digital |
| Jhooti | ARY Digital |
| Khudparast | ARY Digital |
| Koi Chand Rakh | ARY Digital |

| | |
|---|---|
| Mera Dil Mera Dushman | ARY Digital |
| Meri Baji | ARY Digital |
| Ruswai | ARY Digital |
| Sitaron Ki Baat Hummayun Kay Saath | ARY Digital |
| Thora Sa Haq | ARY Digital |
| Zard Zamono Ka Sawera | ARY Digital |
| 11th Hour with Waseem Badami | ARY News |
| Off the Record with Kashif Abbasi | ARY News |
| Power Play | ARY News |
| Sar-e-Aam | ARY News |
| The Reporters | ARY News |
| Zimmedar Kaun | ARY News |
| ATN Business & Finance | ATN Bangla |
| ATN Rannaghor | ATN Bangla |
| Chotoder Prithibi | ATN Bangla |
| Onno Drishti | ATN Bangla |
| Progga Paromita | ATN Bangla |
| News Hour | ATN News |
| Flash | B4U Movies |
| Box Office | B4U Movies |
| I Like | B4U Movies |
| Bollywood Minute | B4U Movies |
| Insider | B4U Movies |
| Hona Al Asema, all episodes from June 20, 2018 to present | CBC |
| Rahim, all episodes from June 20, 2018 to present | CBC Drama |
| Desh Bideshe Ranna | Channel-i |
| Hridoye Mati O Manush | Channel-i |
| Khude Gaanraj | Channel-i |
| Tritiyo Matra | Channel-i |
| Mahaz | Dunya TV |
| Nuqta e Nazar | Dunya TV |

| | |
|---|---|
| Hasb-E-Haal | Dunya TV |
| Mazaaq Raat | Dunya TV |
| Voice of Dunya | Dunya TV |
| Satrungi – Rung Rahi Hai Zindagi | Express Entertainment |
| News Hour | Express News |
| Interviews | Future TV |
| Aaj Shazaib Khanzada Kay Saath | Geo News |
| Capital Talk | Geo News |
| Jirga | Geo News |
| Khabarnak | Geo News |
| Meray Mutabiq | Geo News |
| Naya Pakistan | Geo News |
| Report Card | Geo News |
| Adhoora Bandhan | Geo TV |
| Aik Thi Rania | Geo TV |
| Alif | Geo TV |
| Bedardi Saiyaan | Geo TV |
| Bharosa Piyar Tera | Geo TV |
| Dar Khuda Se | Geo TV |
| Deewangi | Geo TV |
| Dolly Darling | Geo TV |
| Ghar Titli Ka Par | Geo TV |
| Ghutan | Geo TV |
| Hari Hari Churian | Geo TV |
| Hina Ki Kushboo | Geo TV |
| Kahin Deep Jalay | Geo TV |
| Khaani | Geo TV |
| Khan | Geo TV |
| Khoob Seerat | Geo TV |
| Makafat | Geo TV |
| Malkin | Geo TV |
| Meher Posh | Geo TV |
| Mera Haq | Geo TV |
| Meray Mohsin | Geo TV |

| | |
|---|---|
| Mohabbat Na Kariyo | Geo TV |
| Munafiq | Geo TV |
| Muqaddar | Geo TV |
| Noor-e-Zindagi | Geo TV |
| Raaz-e-Ulfat | Geo TV |
| Ramz-e-Ishq | Geo TV |
| Rani | Geo TV |
| Sharukh Ki Saaliyan | Geo TV |
| Shayad | Geo TV |
| Silsilay | Geo TV |
| Tu Mera Junoon | Geo TV |
| Umm-e-Haniya | Geo TV |
| Zamani Manzil Kay Maskharay | Geo TV |
| Grimat Shaghaf | Hekayat |
| Flame on Hai | Hum Masala |
| Chaska Pakanay Ka | Hum Masala |
| Chef Hunt | Hum Masala |
| Dais Pardes Ke Khanay | Hum Masala |
| Easy Cooking | Hum Masala |
| Evening with Shireen | Hum Masala |
| Food Diaries | Hum Masala |
| Food Fantasy | Hum Masala |
| Hum Mart | Hum Masala |
| Hum Masala Cooking Show | Hum Masala |
| Kha Mere Manwa | Hum Masala |
| Lazzat | Hum Masala |
| Lively Weekends | Hum Masala |
| Masala Cooking Classes | Hum Masala |
| Masala Family Festival | Hum Masala |
| Masala Magazine | Hum Masala |
| Masala Morning | Hum Masala |
| Mehboob's Kitchen | Hum Masala |
| Parwaz Hai Junoon | Hum Masala |
| Ramzan Around the World | Hum Masala |

| | |
|---|---|
| Riwayati Mithaiyan | Hum Masala |
| South Asian Cuisine | Hum Masala |
| Tarka | Hum Masala |
| Wonderful Indonesia | Hum Masala |
| 100 Din Ki Kahani | Hum Sitaray |
| Aasi | Hum Sitaray |
| Apne Bane Paraye | Hum Sitaray |
| Babul Ki Sahaliyan | Hum Sitaray |
| Bunty I Love You | Hum Sitaray |
| Digest Writer | Hum Sitaray |
| Dil Ka Darwaza | Hum Sitaray |
| Dil Main Baji Ghanti | Hum Sitaray |
| Dildarian | Hum Sitaray |
| Haya Kay Daman Main | Hum Sitaray |
| Hum Kay Tehray Ajnabi | Hum Sitaray |
| Jahan Ara Begum | Hum Sitaray |
| Kya Kahain Tujsay | Hum Sitaray |
| Larkian Muhalle Ki | Hum Sitaray |
| Main Bikhar Gayi | Hum Sitaray |
| Majboori | Hum Sitaray |
| Matae Jaan Hai Tuu | Hum Sitaray |
| Mujhe Sandal Kardo | Hum Sitaray |
| Neelum Kinaray | Hum Sitaray |
| Newsline | Hum Sitaray |
| Pakiza (Pakeeza) | Hum Sitaray |
| Sayaye Deewar | Hum Sitaray |
| Surkh Jora | Hum Sitaray |
| Tanhai | Hum Sitaray |
| Yeh Raha Dil | Hum Sitaray |
| Zameen Pe Chand | Hum Sitaray |
| Zindagi Tujh Ko Jiya | Hum Sitaray |
| Dil Ruba | Hum TV / Hum World |
| Kashf | Hum TV / Hum World |
| Mehboob Apke Qadmon Mein | Hum TV / Hum World |

| | |
|---|---|
| Pyar Ke Sadqay | Hum TV / Hum World |
| Rabba Mainu Maaf Kareen | Hum TV / Hum World |
| Sabaat | Hum TV / Hum World |
| Tarap | Hum TV / Hum World |
| Wafa Kar Chalay | Hum TV / Hum World |
| Ye Dil Mera | Hum TV / Hum World |
| News Today | India Today |
| Arabwood | LBC |
| Lahon w Bass | LBCI / LDC |
| Take Me Out | LBCI / LDC |
| Thawani | LBCI / LDC |
| Aahd Aldam | MBC1 |
| Al Meerath | MBC1 |
| Aldeeva | MBC1 |
| Aldheeb Fel Gleeb | MBC1 |
| Amr Ikhla'a | MBC1 |
| Doumouaa Farah | MBC1 |
| Driven | MBC1 |
| Etr Al Rouh | MBC1 |
| Fee Kol Osbouaa Yawm Jomoaa | MBC1 |
| Hamsa | MBC1 |
| Hit Al Mawsim | MBC1 |
| Kan Fi Kol Zaman | MBC1 |
| Laffet Al Mamlakah | MBC1 |
| Ma Fiyi | MBC1 |
| Mamlakat Eblees | MBC1 |
| Mumg | MBC1 |

| | |
|---|---|
| Om Algalayed | MBC1 |
| Ostaz Wa Ra'ees Qesm | MBC1 |
| Rayah Al Madam | MBC1 |
| Rehla Lel Jaheem | MBC1 |
| Takhareef | MBC1 |
| Top Chef | MBC1 |
| Waleedee Al Aziz | MBC1 |
| Abu Al Banat | MBC Drama |
| Banat Al Shams | MBC Drama |
| Saherat Al Janoub | MBC Drama |
| I-Tech | MBC Kids / MBC3 |
| Sawa Fe | MBC Kids / MBC3 |
| Telescope | MBC Kids / MBC3 |
| Alloaaba | MBC Masr |
| Barnamej al Heekaya | MBC Masr |
| El Haram | Melody Classic |
| Apnar Jiggasha | NTV Bangla |
| Chayer Adda | NTV Bangla |
| Ei Somoy | NTV Bangla |
| Ek Shobday Quran Shikhar Asor | NTV Bangla |
| Family Pack | NTV Bangla |
| Frankly Speaking | NTV Bangla |
| Glamour World | NTV Bangla |
| Golpogulo Amader | NTV Bangla |
| Johhon Kokhono | NTV Bangla |
| Moddh Rater Khabor | NTV Bangla |

| | |
|---|---|
| Rater Khabor | NTV Bangla |
| Rongin Pata | NTV Bangla |
| Scitech Watch | NTV Bangla |
| Shashtho Protidin | NTV Bangla |
| Shironam | NTV Bangla |
| Shondhar Khabor | NTV Bangla |
| Shuvo Shondha | NTV Bangla |
| Styles and Trends | NTV Bangla |
| Tel Plastics Rannaghor | NTV Bangla |
| Tifiner Fakey | NTV Bangla |
| Tera Kya Hoga Alia | SAB |
| Maddam Sir – Kuch Baat Hai Kyunki Jazbaat Hai | SAB |
| Beyhadh | SET / Sony SET |
| Chandragupta Maurya | SET / Sony SET |
| Crime Patrol | SET / Sony SET |
| Indian Idol | SET / Sony SET |
| India's Best Dancer | SET / Sony SET |
| Ishaaron Ishaaron Mein | SET / Sony SET |
| Kapil Sharma Show | SET / Sony SET |
| Kaun Banega Crorepati | SET / Sony SET |
| Ladies Special | SET / Sony SET |
| Mere Dad Ki Dulhan | SET / Sony SET |
| Mere Sai | SET / Sony SET |
| Mil Jate Hain Jo Bane Ek Duje Ke Vaaste | SET / Sony SET |
| Patiala Babes | SET / Sony SET |
| Superstar Singer | SET / Sony SET |

| | |
|---|---|
| Tara From Satara | SET / Sony SET |
| Vighnaharta Ganesh | SET / Sony SET |
| Yeh Un Dinon Ki Baat Hai | SET / Sony SET |
| Extraa Shots Special | SET MAX |
| Ladies Vs Ricky Bahl | SET MAX |
| Gimme Chocolate | Zee Aflam |
| Qubool | Zee Alwan |
| Haramlek | Zee Alwan |
| Forsa Akhira | Zee Alwan |
| Psycho | Zee Alwan |