4:20-cv-02958

United States Courts
Southern District of Texas
FILED

MAY 05 2021

Nathan Ochsner, Clerk of Court

April 14, 2020 CCY
2-Ramadan-1442 MCY

## AFFIDAVIT OF TRUTH/PROOF OF SERVICE

Please see the attached proof of service in reference to case 4:20-cv-02958. SANTANDER CONSUMER USA was served via fax on November 9, 2020 at fax number 214-237-3724.

Dey of issue:

File No.:

DM No.

WF-3640                                                                                   EPSON
                                                                                          EXCEED YOUR VISION

## Fax Communication Log

PAGE.            001/001
Apr.14.2031   06:39 PM

Name :
Fax  :

| Receipt No. | Date | Time | Type | ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| ~~160~~ | ~~Oct.13~~ | ~~01:17PM~~ | ~~Receive~~ | ~~--------~~ | ~~01:05~~ | ~~---~~ | ~~OK~~ |
| ~~356~~ | ~~Oct.27~~ | ~~04:31PM~~ | ~~Send~~ | ~~--------~~ | ~~----~~ | ~~---~~ | ~~OK~~ |
| ~~340~~ | ~~Oct.27~~ | ~~04:35PM~~ | ~~Send~~ | ~~--------~~ | ~~00:40~~ | ~~001/001~~ | ~~OK~~ |
| 357 | Nov.09 | 12:52PM | Send | 2142373724 | 03:18 | 004 | OK |
| ~~---~~ | ~~Nov.13~~ | ~~09:30AM~~ | ~~Send~~ | ~~--------~~ | ~~01:19~~ | ~~002/002~~ | ~~OK~~ |
| ~~---~~ | ~~Nov.13~~ | ~~09:31AM~~ | ~~Send~~ | ~~--------~~ | ~~01:34~~ | ~~002/002~~ | ~~OK~~ |
| ~~---~~ | ~~Nov.13~~ | ~~09:35AM~~ | ~~Send~~ | ~~--------~~ | ~~01:24~~ | ~~002/002~~ | ~~OK~~ |
| ~~---~~ | ~~Nov.16~~ | ~~01:30PM~~ | ~~Send~~ | ~~--------~~ | ~~00:00~~ | ~~---~~ | ~~Cancelled~~ |
| ~~446~~ | ~~Nov.23~~ | ~~01:21PM~~ | ~~Send~~ | ~~--------~~ | ~~01:11~~ | ~~002/002~~ | ~~OK~~ |
| ~~446~~ | ~~Nov.23~~ | ~~01:22PM~~ | ~~Send~~ | ~~--------~~ | ~~----~~ | ~~---~~ | ~~OK~~ |
| ~~446~~ | ~~Nov.23~~ | ~~01:23PM~~ | ~~Send~~ | ~~--------~~ | ~~----~~ | ~~002/002~~ | ~~OK~~ |
| ~~446~~ | ~~Nov.23~~ | ~~01:00PM~~ | ~~Send~~ | ~~--------~~ | ~~00:15~~ | ~~001/001~~ | ~~OK~~ |
| ~~446~~ | ~~Nov.23~~ | ~~01:20PM~~ | ~~Send~~ | ~~--------~~ | ~~00:12~~ | ~~001/001~~ | ~~OK~~ |
| ~~446~~ | ~~Nov.23~~ | ~~01:30PM~~ | ~~Send~~ | ~~--------~~ | ~~00:30~~ | ~~001/001~~ | ~~OK~~ |
| ~~446~~ | ~~Nov.23~~ | ~~01:31PM~~ | ~~Send~~ | ~~--------~~ | ~~00:55~~ | ~~---~~ | ~~---~~ |
| ~~448~~ | ~~Nov.23~~ | ~~01:32PM~~ | ~~Send~~ | ~~--------~~ | ~~00:54~~ | ~~001/001~~ | ~~OK~~ |
| 449 | ~~Nov.23~~ | ~~01:33PM~~ | ~~Send~~ | ~~--------~~ | ~~00:54~~ | ~~001/001~~ | ~~OK~~ |
| ~~450~~ | ~~Nov.23~~ | ~~01:34PM~~ | ~~Send~~ | ~~--------~~ | ~~01:40~~ | ~~004/004~~ | ~~OK~~ |
| ~~454~~ | ~~Nov.23~~ | ~~01:42PM~~ | ~~Send~~ | ~~--------~~ | ~~00:06~~ | ~~001/001~~ | ~~OK~~ |
| 455 | ~~Nov.23~~ | ~~01:45PM~~ | ~~Send~~ | ~~--------~~ | ~~01:42~~ | ~~004/004~~ | ~~OK~~ |
| 462 | ~~Nov.27~~ | ~~07:11PM~~ | ~~Send~~ | ~~--------~~ | ~~01:23~~ | ~~003/003~~ | ~~OK~~ |
| ~~463~~ | ~~Nov.27~~ | ~~07:14PM~~ | ~~Send~~ | ~~--------~~ | ~~01:39~~ | ~~---~~ | ~~---~~ |
| ~~493~~ | ~~Dec.08~~ | ~~02:25PM~~ | ~~Send~~ | ~~--------~~ | ~~00:00~~ | ~~000~~ | ~~No Answer~~ |
| ~~495~~ | ~~Dec.08~~ | ~~04:15PM~~ | ~~Send~~ | ~~--------~~ | ~~00:00~~ | ~~001/001~~ | ~~Line Busy~~ |
| ~~497~~ | ~~Dec.08~~ | ~~05:56PM~~ | ~~Send~~ | ~~--------~~ | ~~----~~ | ~~000/001~~ | ~~Line Busy~~ |
| 499 | ~~Dec.09~~ | ~~12:51PM~~ | ~~Send~~ | ~~--------~~ | ~~00:43~~ | ~~001/001~~ | ~~OK~~ |
| 536 | ~~Feb.23~~ | ~~02:46PM~~ | ~~Send~~ | ~~--------~~ | ~~00:00~~ | ~~001/001~~ | ~~OK~~ |
| 537 | ~~Feb.23~~ | ~~02:47PM~~ | ~~Send~~ | ~~--------~~ | ~~00:47~~ | ~~001/001~~ | ~~OK~~ |
| ~~540~~ | ~~Feb.23~~ | ~~00:00PM~~ | ~~Send~~ | ~~--------~~ | ~~00:00~~ | ~~000/000~~ | ~~---~~ |
| ~~607~~ | Mar.26 | 11:12AM | Send | ~~--------~~ | 01:00 | 002/002 | OK |

~~info@snapcap.com~~

Santander Consumer USA
P.O. Box 105255
Atlanta, GA 30348-0000
Fax: 214-237-3724

~~This 19th day of March, 2018~~



~~/s/ Will Geer~~
~~Will Geer~~

6