UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., § § Plaintiff, § § v. § § MOHAMED OMAR, § HOSSAM ABD ELGHANY, and § MOUSTAFA MAATOUK, individually § and together d/b/a Universe IPTV; § Universe TV; World-Universeiptv.com; § Uni-Update.com; and Uni-Web.online, § § Defendants. § | Civil Action No. 4:20-cv-02958 |

## PLAINTIFF DISH NETWORK L.L.C.'S STATUS REPORT

Plaintiff DISH Network L.L.C. ("DISH") files this status report in advance of the initial pretrial and scheduling conference set to be held on July 30, 2021 at 2:00 pm. (Dkt. 15.) DISH has been unable to confer with Defendants Mohamad Omar ("Omar"), Hossam Abd Elghany ("Elghany"), and Moustafa Maatouk ("Maatouk") or prepare a joint discovery/case management plan as required by Fed. R. Civ. P. 26(f) because it has been unable to confirm whether Omar and Elghany have been served, DISH has not been contacted by the Defendants, and Defendants have not filed a responsive pleading or otherwise appeared in this case.

On August 24, 2020, DISH filed its Complaint alleging copyright infringement against unidentified DOE Defendants operating the Universe IPTV service. (Dkt. 1.) DISH also filed a motion for leave to conduct expedited discovery to identify the DOE Defendants, which the Court granted on September 9, 2020. (Dkts. 3, 5.) On November 12, 2020, the Court granted DISH's motion for an extension of time to identify and serve the Doe Defendants, extending the service deadline by 90 days to February 22, 2021. (Dkts. 7-8.) On December 4, 2020, DISH filed its First Amended Complaint naming Defendants, who are alleged to reside in the United Arab Emirates,

Egypt, and Germany. (Dkt. 10 ¶¶ 4-6.) On February 23, 2021, the Court granted DISH's second motion for an extension of time to serve the Defendants, extending the service deadline by an additional 90 days to May 24, 2021. (Dkts. 13-14.) Maatouk was served by the Central Authority of Germany on April 17, 2021, but he has not filed a responsive pleading or otherwise appeared in this case. (Dkts. 18, 21.) On May 24, 2021, the Court granted DISH's third motion for an extension of time to serve and alternative service, extending the deadline to serve Omar and Elghany through the Hague Service Convention by an additional 60 days to July 24, 2021, and if they aren't served by such time, DISH may serve them by email with a courtesy copy by courier on or before July 28, 2021. (Dkt. 20.) Omar and Elghany's responsive pleading will be due on or before August 18, 2021. (*See id.*; Fed. R. Civ. P. 12(a)(1)(A)(i).)

Despite attempts to contact the Central Authority of Egypt, DISH has been unable to confirm whether Omar and Elghany have been served. DISH has not been contacted by the Defendants, and Defendants have not filed a responsive pleading or otherwise appeared in this case.

For these reasons, the parties have not conferred as required by Fed. R. Civ. P. 26(f), and counsel has been unable to prepare and file a joint discovery/case management plan. DISH will promptly notify the Court when Omar and Elghany are served, and DISH intends to confer with Defendants pursuant to Fed. R. Civ. P. 26(f) and file a joint discovery/case management plan after Defendants respond. The Court may want to continue the initial pretrial and scheduling conference set for July 30, 2021 at 2:00 pm. (Dkt. 15.)

Dated:  July 20, 2021

Respectfully submitted,

**HAGAN NOLL & BOYLE LLC**

By: /s/ Stephen M. Ferguson
Stephen M. Ferguson (attorney-in-charge)
Texas Bar No. 24035248
Southern District of Texas Bar No. 614706
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Joseph H. Boyle (of counsel)
Texas Bar No. 24031757
Southern District of Texas Bar No. 30740

Counsel for Plaintiff DISH Network L.L.C.