**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C., § § Plaintiff, § § v. § § MOHAMED OMAR, § HOSSAM ABD ELGHANY, and § MOUSTAFA MAATOUK, individually § and together d/b/a Universe IPTV; § Universe TV; World-Universeiptv.com; § Uni-Update.com; and Uni-Web.online, § § Defendants. § | Civil Action No. 4:20-cv-02958 |

**PLAINTIFF DISH NETWORK L.L.C.'S MOTION TO**
**CONTINUE INITIAL CONFERENCE**

Plaintiff DISH Network L.L.C. ("DISH") files this motion to continue the initial pretrial and scheduling conference set to be held on July 30, 2021 at 2:00 pm. (Dkt. 15.) DISH has been unable to confer with Defendants Mohamad Omar ("Omar"), Hossam Abd Elghany ("Elghany"), and Moustafa Maatouk ("Maatouk") or prepare a joint discovery/case management plan as required by Fed. R. Civ. P. 26(f) because it has been unable to confirm whether Omar and Elghany have been served by the Central Authority of Egypt, DISH has not been contacted by the Defendants, and Defendants have not filed a responsive pleading or otherwise appeared in this case. DISH requests that the initial conference be continued to a date on or after September 17, 2021.

On August 24, 2020, DISH filed its Complaint alleging copyright infringement against unidentified DOE Defendants operating the Universe IPTV service. (Dkt. 1.) DISH also filed a motion for leave to conduct expedited discovery to identify the DOE Defendants, which the Court granted on September 9, 2020. (Dkts. 3, 5.) On November 12, 2020, the Court granted DISH's motion for an extension of time to identify and serve the Doe Defendants, extending the service

deadline by 90 days to February 22, 2021.  (Dkts. 7-8.)  On December 4, 2020, DISH filed its First Amended Complaint naming Defendants, who are alleged to reside in the United Arab Emirates, Egypt, and Germany.  (Dkt. 10 ¶¶ 4-6.)  On February 23, 2021, the Court granted DISH's second motion for an extension of time to serve the Defendants, extending the service deadline by an additional 90 days to May 24, 2021.  (Dkts. 13-14.)  Maatouk was served by the Central Authority of Germany on April 17, 2021, but he has not filed a responsive pleading or otherwise appeared in this case.  (Dkts. 18, 21.)  On May 24, 2021, the Court granted DISH's third motion for an extension of time to serve and alternative service, extending the deadline to serve Omar and Elghany through the Hague Service Convention by an additional 60 days to July 24, 2021, and if they aren't served by such time, DISH may serve them by email with a courtesy copy by courier on or before July 28, 2021.  (Dkt. 20.)  Omar and Elghany's responsive pleading will be due on or before August 18, 2021.  (*See id.*; Fed. R. Civ. P. 12(a)(1)(A)(i).)

Continuing the initial conference to a date on or after September 17, 2021, will provide DISH and any Defendant that appears with time to confer as required by Fed. R. Civ. P. 26(f) and file a joint discovery/case management plan at least 10 days before the initial conference.

The Court should grant this motion and continue the initial pretrial and scheduling conference to a date on or after September 17, 2021.

Dated:  July 20, 2021　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**HAGAN NOLL & BOYLE LLC**

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Stephen M. Ferguson
　　　　　　　　　　　　　　　　　　　　　　Stephen M. Ferguson (attorney-in-charge)
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24035248
　　　　　　　　　　　　　　　　　　　　　　Southern District of Texas Bar No. 614706
　　　　　　　　　　　　　　　　　　　　　　Two Memorial City Plaza
　　　　　　　　　　　　　　　　　　　　　　820 Gessner, Suite 940
　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77024
　　　　　　　　　　　　　　　　　　　　　　Telephone: (713) 343-0478

Facsimile: (713) 758-0146

Joseph H. Boyle (of counsel)
Texas Bar No. 24031757
Southern District of Texas Bar No. 30740

Counsel for Plaintiff DISH Network L.L.C.