United States District Court
Southern District of Texas
**ENTERED**
July 21, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> MOHAMED OMAR, HOSSAM ABD ELGHANY, and MOUSTAFA MAATOUK, individually and together d/b/a Universe IPTV; Universe TV; World-Universeiptv.com; Uni-Update.com; and Uni-Web.online, <br><br> Defendants. | Civil Action No. 4:20-cv-02958 |

## ENTRY OF DEFAULT

It appears upon the representation of Plaintiff DISH Network L.L.C. and from the record that Defendant Moustafa Maatouk failed to plead or otherwise defend in this case as required by law.

Therefore, default is entered against Moustafa Maatouk as authorized by Federal Rule of Civil Procedure 55(a).

David J. Bradley

Clerk of the District Court

Date: 7/21/21

By: Deputy Clerk