UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> MOHAMED OMAR, HOSSAM ABD ELGHANY, and MOUSTAFA MAATOUK, individually and together d/b/a Universe IPTV; Universe TV; World-Universeiptv.com; Uni-Update.com; and Uni-Web.online, <br><br> Defendants. | Civil Action No. 4:20-cv-02958 |

## ORDER GRANTING PLAINTIFF DISH NETWORK'S L.L.C.'S MOTION TO CONTINUE INITIAL CONFERENCE

Having considered Plaintiff DISH Network L.L.C.'s motion to continue the initial pretrial and scheduling conference, and good cause appearing, the Court GRANTS the motion and ORDERS that:

The initial pretrial and scheduling conference set to be held on July 30, 2021 at 2:00 pm is continued to Sept. 17, 2021 at 3:00 p.m.

It is so Ordered.

Dated: July 21, 2021

Sim Lake
United States District Judge