**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C., § § § Plaintiff, § § v. § § MOHAMED OMAR, § HOSSAM ABD ELGHANY, and § MOUSTAFA MAATOUK, individually § and together d/b/a Universe IPTV; § Universe TV; World-Universeiptv.com; § Uni-Update.com; and Uni-Web.online, § § Defendants. § | Civil Action No. 4:20-cv-02958 |

**PLAINTIFF DISH NETWORK L.L.C.'S CERTIFICATE OF SERVICE OF FIRST AMENDED COMPLAINT ON DEFENDANTS MOHAMED OMAR AND HOSSAM ABD ELGHANY**

The undersigned certifies that on July 26, 2021, copies of the summons (Dkt. 12), Plaintiff's first amended complaint (Dkt. 10), order for conference (Dkt. 9), order continuing initial conference (Dkt. 25), and Judge Sim Lake's Procedures were emailed to Defendant Mohamed Omar ("Omar") at *fresh4u2013@windowslive.com* and *turbo4host@gmail.com* and to Defendant Hossam Abd Elghany ("Elghany") at *fortecsat2020@gmail.com*, *h16am87@gmail.com*, *h4iptv@gmail.com*, and *h16am@yahoo.com*. Attached as Exhibit 1 is a true and correct copy of the email sent to Omar. Attached as Exhibit 2 is a true and correct copy of the email sent to Elghany.

On July 26, 2021, courtesy copies of these documents were also sent by Federal Express to Omar at 36 Akl Basha Street Sed Beshr, Borg Alamal, Alexandria, Egypt 21411 and 576 Seif Street, Alexandria, Egypt 71111 and to Elghany at Elmessalamia, Al Sharkia, Zagazig, Egypt 44839. Attached as Exhibit 3 are true and correct copies of the Federal Express shipping confirmations for Omar. Attached as Exhibit 4 is a true a correct copy of the Federal Express shipping confirmation for Elghany.

Omar and Elghany have been properly served in accordance with the Court's order of May 24, 2021 (Dkt. 20), authorizing alternative service.

Dated: July 27, 2021

Respectfully submitted,

**HAGAN NOLL & BOYLE LLC**

By: /s/ Stephen M. Ferguson
Stephen M. Ferguson (attorney-in-charge)
Texas Bar No. 24035248
Southern District of Texas Bar No. 614706
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Joseph H. Boyle (of counsel)
Texas Bar No. 24031757
Southern District of Texas Bar No. 30740

Counsel for Plaintiff DISH Network L.L.C.