# EXHIBIT 1

## Stephen Ferguson

| | |
|---|---|
| **From:** | Stephen Ferguson |
| **Sent:** | Monday, July 26, 2021 2:35 PM |
| **To:** | 'fresh4u2013@windowslive.com'; 'turbo4host@gmail.com' |
| **Subject:** | DISH Network L.L.C. v. Mohamed Omar et al.; United States District Court S.D. Tex., No. 4:20-cv-02958 |
| **Attachments:** | English - Mohamed Omar Summons, Complaint, Order for Conference, Judge Sim Lake's Procedures.pdf; Arabic - Mohamed Omar Summons, Complaint, Order for Conference, Judge Sim Lake's Procedures.pdf; Dkt. 25 - Order Granting Motion for Continuance of Initial Conference.pdf; Dkt. 20 - Order Granting Extension to Serve & Alternative Service.pdf |

Dear Mohamed Omar,

Please find attached copies of the summons (Dkt. 12), first amended complaint (Dkt. 10), order for conference (Dkt. 9), order continuing initial conference (Dkt. 25), and Judge Sim Lake's Procedures in English and Arabic for the above-referenced case.  The Court's order authorizing service of these documents via email (Dkt. 20) is also attached.  Please contact me with any questions.

Best Regards,

Stephen M. Ferguson
Hagan Noll & Boyle LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, TX 77024
713.343.0478 T (ext. 102)
713.758.0146 F
www.hnbllc.com

# EXHIBIT 2

## Stephen Ferguson

| | |
|---|---|
| **From:** | Stephen Ferguson |
| **Sent:** | Monday, July 26, 2021 2:35 PM |
| **To:** | 'fortecsat2020@gmail.com'; 'h16am87@gmail.com'; 'h4iptv@gmail.com'; 'h16am@yahoo.com' |
| **Subject:** | DISH Network L.L.C. v. Hossam Abd Elghany et al.; United States District Court S.D. Tex., No. 4:20-cv-02958 |
| **Attachments:** | English - Hossam Abd Elghany Summons, Complaint, Order for Conference, Judge Sim Lake's Procedures.pdf; Arabic - Hossam Abd Elghany Summons, Complaint, Order for Conference, Judge Sim Lake's Procedures.pdf; Dkt. 25 - Order Granting Motion for Continuance of Initial Conference.pdf; Dkt. 20 - Order Granting Extension to Serve & Alternative Service.pdf |

Dear Hossam Abd Elghany,

Please find attached copies of the summons (Dkt. 12), first amended complaint (Dkt. 10), order for conference (Dkt. 9), order continuing initial conference (Dkt. 25), and Judge Sim Lake's Procedures in English and Arabic for the above-referenced case.  The Court's order authorizing service of these documents via email (Dkt. 20) is also attached.  Please contact me with any questions.

Best Regards,

Stephen M. Ferguson
Hagan Noll & Boyle LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, TX 77024
713.343.0478 T (ext. 102)
713.758.0146 F
www.hnbllc.com

# EXHIBIT 3

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, July 26, 2021 4:03 PM |
| **To:** | Aleksandra Bajd |
| **Subject:** | FedEx Shipment 774359579833. This shipment was tendered to FedEx Express |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |



# Hi. This shipment was tendered to FedEx Express on Mon 7/26/2021.

### Estimated delivery date

Sun, 08/01/2021
by 8:00pm



**PICKED UP**
HOUSTON, TX

**TRACKING NUMBER**      774359579833

1

| | |
|---|---|
| **FROM** | Hagan Noll & Boyle, LLC |
| | Two Memorial City Plaza |
| | 820 Gessner, Suite 940 |
| | Houston, TX, US, 77024 |
| **TO** | Mohamed Omar |
| | 36 Akl Basha Street |
| | Sed Beshr, Borg Alamal |
| | Alexandria, EG, 21411 |
| **SHIP DATE** | Mon 7/26/2021 04:02 PM |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Houston, TX, 77024 |
| **DESTINATION** | Alexandria, , EG, 21411 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx International Priority |



# Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

2

**FOLLOW FEDEX**

      

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 4:02 PM CDT 07/26/2021.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, July 26, 2021 4:03 PM |
| **To:** | Aleksandra Bajd |
| **Subject:** | FedEx Shipment 774359666170. This shipment was tendered to FedEx Express |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |



# Hi. This shipment was tendered to FedEx Express on Mon 7/26/2021.

### Estimated delivery date

Sun, 08/01/2021
by 8:00pm



**PICKED UP**
HOUSTON, TX

TRACKING NUMBER      774359666170

1

| | |
|---|---|
| **FROM** | Hagan Noll & Boyle, LLC |
| | Two Memorial City Plaza |
| | 820 Gessner, Suite 940 |
| | Houston, TX, US, 77024 |
| **TO** | Mohamed Omar |
| | 576 Seif Street |
| | Alexandria, EG, 71111 |
| **SHIP DATE** | Mon 7/26/2021 04:02 PM |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Houston, TX, 77024 |
| **DESTINATION** | Alexandria, , EG, 71111 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx International Priority |



# Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

**FOLLOW FEDEX**

2

      

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 4:03 PM CDT 07/26/2021.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

# EXHIBIT 4

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, July 26, 2021 4:10 PM |
| **To:** | Aleksandra Bajd |
| **Subject:** | FedEx Shipment 774359500093. This shipment was tendered to FedEx Express |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |



# Hi. This shipment was tendered to FedEx Express on Mon 7/26/2021.

### Estimated delivery date

Mon, 08/02/2021
by 8:00pm



**PICKED UP**
HOUSTON, TX

**TRACKING NUMBER**      774359500093

1

| | |
|---|---|
| **FROM** | Hagan Noll & Boyle, LLC |
| | Two Memorial City Plaza |
| | 820 Gessner, Suite 940 |
| | Houston, TX, US, 77024 |
| **TO** | Hossam Abd Elghany |
| | Elmessalamia |
| | Al Sharkia |
| | Zagazig, EG, 44839 |
| **REFERENCE** | Universe IPTV |
| **SHIPPER REFERENCE** | Universe IPTV |
| **SHIP DATE** | Mon 7/26/2021 04:08 PM |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Houston, TX, 77024 |
| **DESTINATION** | Zagazig, , EG, 44839 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx International Priority |



# Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

2

**FOLLOW FEDEX**

      

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 4:09 PM CDT 07/26/2021.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.