**UNITED STATES**
**POSTAL SERVICE**

July 12, 2021

Dear DeKarla Bey:

The following is in response to your request for proof of delivery on your item with the tracking number: **7020 1810 0001 0865 3367**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | July 10, 2021, 10:08 am |
| **Location:** | HOUSTON, TX 77034 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

United States Courts
Southern District of Texas
F I L E D

AUG 03 2021

Nathan Ochsner, Clerk of Court

### Shipment Details

| | |
|---|---|
| **Weight:** | 2.0oz |

### Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 10831 GULF FWY |
| **City, State ZIP Code:** | HOUSTON, TX 77034-1810 |

### Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | Asia Zechavy |
| **Address of Recipient:** | 1083 Gulf Fy |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004