United States District Court
Southern District of Texas
**ENTERED**
August 12, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> MOHAMED OMAR, HOSSAM ABD ELGHANY, and MOUSTAFA MAATOUK, individually and together d/b/a Universe IPTV; Universe TV; World-Universeiptv.com; Uni-Update.com; and Uni-Web.online, <br><br> Defendants. | Civil Action No. 4:20-cv-02958 |

### ORDER GRANTING PLAINTIFF DISH NETWORK L.L.C.'S MOTION TO SEAL EXHIBIT 2 TO THE DECLARATION OF ELIZABETH RIEMERSMA

Having considered DISH Network L.L.C.'s ("DISH") Motion to Seal Exhibit 2 to the Declaration of Elizabeth Riemersma, and finding good cause,

IT IS HEREBY ORDERED:

DISH's Motion to Seal Exhibit 2 to the Declaration of Elizabeth Riemersma is GRANTED, and Exhibit 2 shall be sealed.

It is so Ordered.

Dated: **August 12, 2021**

Sim Lake
United States District Judge