**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § § § | Civil Action No. 4:20-cv-02958 |
| Plaintiff, | § § | |
| v. | § § | |
| MOHAMED OMAR, HOSSAM ABD ELGHANY, and MOUSTAFA MAATOUK, individually and together d/b/a Universe IPTV; Universe TV; World-Universeiptv.com; Uni-Update.com; and Uni-Web.online, | § § § § § § § § | |
| Defendants. | § | |

# ENTRY OF DEFAULT

It appears upon the representation of Plaintiff DISH Network L.L.C. and from the record that Defendants Mohamed Omar and Hossam Abd Elghany failed to plead or otherwise defend in this case as required by law.

Therefore, default is entered against Mohamed Omar and Hossam Abd Elghany as authorized by Federal Rule of Civil Procedure 55(a).

Nathan Oschner,

Clerk of the District Court

_Saila Anderson_
By: Deputy Clerk

Date:   August 18, 2021