## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, I served the following documents described as:

- Plaintiff DISH Network L.L.C.'s Motion for Default Judgment Against Mohamed Omar and Hossam Abd Elghany

- Memorandum of Points and Authorities in Support of Plaintiff DISH Network L.L.C.'s Motion for Default Judgment Against Mohamed Omar and Hossam Abd Elghany

- Exhibits to Plaintiff DISH Network L.L.C.'s Motion for Default Judgment Against Mohamed Omar and Hossam Abd Elghany

- Exhibits to Plaintiff DISH Network L.L.C.'s Motion for Default Judgment Against Moustafa Maatouk (Dkt. 30-2)

- [Proposed] Final Judgment and Permanent Injunction

by placing the documents in sealed envelopes with postage thereon fully prepaid and then deposited the envelopes with the United States Postal Service (Certified Mail or International Priority Mail) and by email, addressed to the following non-CM/ECF participants:

Mohamed Omar
36 Akl Basha Street
Sed Beshr, Borg Alamal
Alexandria, Egypt 21411
*fresh4u2013@windowslive.com*
*turbo4host@gmail.com*
Mohamed Omar
576 Seif Street
Alexandria, Egypt 71111
*Defendant*

Hossam Abd Elghany
Elmessalamia, Al Sharkia
Zagazig, Egypt 44839
*fortecsat2020@gmail.com*
*h16am87@gmail.com*
*h4iptv@gmail.com*
*h16am@yahoo.com*
*Defendant*

The foregoing documents were also sent via United States Postal Service (Certified Mail, Return Receipt Requested) to the following:

VeriSign, Inc.
c/o VeriSign Legal Department
12061 Bluemont Way
Reston, VA 20190
*Non-party, Registry of World-Universeiptv.com, Uni-Update.com, Universe-ip.com, and Universeiptv.com*

Donuts Inc.
5808 Lake Washington Blvd.
Kirkland, WA 98033
*Non-party, Registry of Olink1.rocks, Olink2.rocks, Olink3.rocks, Olink4.rocks, Olink5.rocks, Olink7.rocks, and Universe-ip.world*

Minds + Machines Group Limited
2505 Second Avenue, Suite 520
Seattle, WA 98121
*Non-party, Registry of Universepro9.vip*

The foregoing documents were also sent via United States Postal Service (International Priority Mail) to the following:

doMEn d.o.o.
City kvart
Masa Djurovica
Lamela 3/1
Podgorica, 81000
Montenegro
*Non-party, Registry of The-phoenix.me*

The Internet Foundation of Sweden
Stiftelsen för internetinfrastruktur
Box 92073
120 07 Stockholm
*Non-party, Registry of Ui-tv.se*

Squitter Networks
Krzhizhanovskogo Ul.
bld. 15/39
appt. 52
Sankt-Peterburg
*Non-party, Service Provider for IP Addresses* 77.247.109.127; 77.247.109.129; 77.247.109.139; 77.247.109.143; 77.247.109.146; 77.247.109.159; 77.247.109.222; 185.53.89.11; and 185.53.89.33

HostPalace Web Solution Private Limited
2nd Floor, JL Banerjee Rd, opposite of New Market
Suri, West Bengal
731101, India
*Non-party, Service Provider for IP Address* 185.63.254.137

Aleksandra Bajd