United States District Court
Southern District of Texas

**ENTERED**
August 23, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Dish Network L.L.C. §
 §
v. § CIVIL ACTION NO. H-20-2958
 §
Mohamed Omar, Hossam Abd §
Elghany, and Moustafa Maatouk, §
Individually and Together d/b/a §
Universe IPTV, Universe TV, §
World-UniverseIPTV.Com, §
Uni-Update.Com, and Uni-Web.Online §

## ORDER STRIKING DOCUMENT

The Clerk has filed your Motion (Docket Entry No. 35); however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ☐ Document is not signed (L.R. 11.3).

2. ☐ Document does not comply with L.R.11.3.A.

3. ☐ Caption of the document is incomplete (L.R.10.1).

4. ☑ No certificate of service or explanation why service is not required (L.R. 5.3).

5. ☐ Motion does not comply with L.R.7.

   a. ☐ No statement of opposition or non-opposition (L.R.7.2).

   b. ☐ No statement of conference between counsel (L.R. 7.1.D(1)).

   c. ☐ No separate proposed order attached (L.R. 7.1.C).

6. ☐ Motion to consolidate does not comply with L.R.7.6.

7. ☐ Document does not comply with L.R. 83.2.

8. ☐ Other: _____

The document is **STRICKEN** from the record.

Date: 8/23/2021

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE