United States District Court
Southern District of Texas
**ENTERED**
August 24, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Dish Network L.L.C. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-20-2958 |
| | § | |
| Mohamed Omar, Hossam Abd | § | |
| Elghany, and Moustafa Maatouk, | § | |
| Individually and Together d/b/a | § | |
| Universe IPTV, Universe TV, | § | |
| World-UniverseIPTV.Com, | § | |
| Uni-Update.Com, and | § | |
| Uni-Web.Online, | § | |
| | § | |
| Defendants. | § | |

### ORDER

The Order Striking Plaintiff's Motion for Default Judgment as insufficient (Docket Entry No. 36) is VACATED. Plaintiff's Motion for Default Judgment against defendants, Mohamed Omar and Hossam Abd Elghany (Docket Entry No. 35) has been properly filed.

**SIGNED** at Houston, Texas, on this 24th day of August, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE