

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Dish Network L.L.C. | § § | |
| v. | § § | CIVIL ACTION NO. H-20-2958 |
| Mohamed Omar, Hossam Abd, et al. | § § | |

**NOTICE OF CANCELLATION**

This case has been **CANCELLED** for the following before Senior United States District Judge Sim Lake until further notice:

### INITIAL SCHEDULING CONFERENCE

Date: September 17, 2021

Time: 3:00 p.m.

Place: 515 Rusk
Courtroom 9-B, 9th Floor
Houston, Texas

To: All Parties of Record

For inquiries regarding the above setting please contact:

Sheila R. Anderson,
Case Manager for
Senior United States District Judge Sim Lake

sheila_r_anderson@txs.uscourts.gov

August 25, 2021