UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK, LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § § | CASE NO. 4:20-cv-02958 |
| MOHAMED OMAR, *et al.*, | § § § § § | ANSWER OF GARNISHEE PAYPAL, INC. |
| Defendants. | | |

IN THE  District  COURT OF  Southern Texas/ Houston
STATE OF  Texas

Dish Network, LLC ,

   Plaintiff,

v.

Mohamed Omar, et al. ,

   Defendant(s),

 and

PayPal, Inc.

   Garnishee.

CIVIL ACTION NO.
420CV02958

## ANSWER OF GARNISHEE

Garnishee PayPal, Inc. ("Garnishee") answers the above garnishment, and states, under oath, as follows:

1. Garnishee is not an employer of Defendant(s).

2. As of 11/11/2021 , Garnishee is holding the sum of $ 0.00 , which on information and belief, is owed or belonging to the above-named Defendant(s), and thus is not indebted in any amount to the above-named Defendant(s). Garnishee further states it was not indebted to the above-named Defendant(s) on 11/5/2021 , the date of service of the Writ of Garnishment.

3. As of 11/11/2021 , upon information and belief, Garnishee is not holding in its possession any effects of the above-named Defendant(s). Garnishee further states it was not holding in its possession any effects of the above-named Defendant(s) on 11/5/2021 , the date of service of the Writ of Garnishment.

4845-4929-6262.1

4. As of 11/11/2021 _____, upon information and belief, Garnishee is not aware of any other persons indebted to or holding effects belonging to the above-named Defendant(s).

I certify under penalty of perjury the above information is true and correct.

PayPal, Inc., Garnishee

By: _____
Authorized Representative

David Madsen
Legal Specialist
PayPal, Inc.

Sworn to before me this
11th day of November, 2021.

_____
Notary Public
My Commission Expires: July 13, 2022

State of Nebraska – General Notary
DAWNE PETERSEN
My Commission Expires
July 13, 2022

4845-4929-6262.1

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 12th day of November, 2021 a true and correct copy of the foregoing was filed and served electronically via the CM/ECF filing system upon the following parties of record:

Christopher Paul Craven
Stephen Matthew Ferguson
HAGAN NOLL BOYLE, LLC
820 Gessner, Ste 940
Houston, TX 77024
713-343-0478
Email: christopher.craven@hnbllc.com
Email: stephen.ferguson@hnbllc.com
Attorney for Plaintiff

        KUTAK ROCK LLP


        By: *s/Brian J. Wagner* _____
           Brian J. Wagner
           Texas Bar No. 24077212
           5 Park Plaza, Suite 1500
           Irvine, California 92614
           (949) 417-0999
           (949) 417-5394 [Fax]
           Brian.wagner@kutakrock.com

        ATTORNEYS FOR GARNISHEE,
        PAYPAL